**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7043**

_____

KENNETH BOND,

                                    Petitioner - Appellant,

          versus

RONALD ANGELONE,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-01-1277-AM)

_____

Submitted:  September 27, 2002        Decided:  November 7, 2002

_____

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Bond, Appellant Pro Se.  Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Bond seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's memorandum opinion and conclude on the reasoning of the district court that Bond has not made a substantial showing of the denial of a constitutional right. See Bond v. Angelone, No. CA-01-1277-AM (E.D. Va. filed June 17, 2002; entered June 18, 2002). Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED